**Electronically Filed
Supreme Court
SCPW-24-0000503
11-OCT-2024
08:07 AM
Dkt. 8 ODDP**

SCPW-24-0000503

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILLIAM H. GILLIAM, Petitioner,

vs.

THE HONORABLE RANDAL G.B. VALENCIANO,
Chief Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 5CC161000063)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Kawamura, in place of Ginoza, J., recused)

Upon consideration of the petition for writ of mandamus filed on July 29, 2024, and the record, the relief sought in this original proceeding may be sought again in 5CC161000063, when and as appropriate. Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. An extraordinary writ is unwarranted. See Womble

<u>Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, October 11, 2024

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura